Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Joseph K. Miller, State Bar No. 245685
E-Mail: jmiller@hurrellcantrall.com
Jerad J. Miller, State Bar No. 334001
E-Mail: jjmiller@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, DEPUTY JOSEPH
BENZA III, CAPTAIN CHRISTOPHER L. JOHNSON, SGT. THOMAS SPINKS,
SGT. RAYMOND MUNOZ, SGT. JEREMIAH FLETCHER, ALLEN
CASTELLANO and CECILIA HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

EMMETT BROCK,

      Plaintiff,

      v.

COUNTY OF LOS ANGELES,
DEPUTY JOSEPH BENZA III,
#616179, CAPTAIN CHRISTOPHER
L. JOHNSON, #436139, SGT.
THOMAS SPINKS #489744, SGT.
RAYMOND MUNOZ #437471, SGT.
JEREMIAH FLETCHER #522760,
COMMANDER ALLEN
CASTELLANO #431968, CECILIA
HERNANDEZ #551350, DOES 2-10,

      Defendants.

Case No. 8:24-cv-00565-JWH (DFMx)

**ANSWER OF CECILIA
HERNANDEZ TO PLAINTIFF'S
FIRST AMENDED COMPLAINT
FOR DAMAGES; DEMAND FOR
JURY TRIAL**

[Assigned to Hon. John W. Holcomb,
Courtroom 9D]

Trial Date:        10/06/25

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      Defendant CECILIA HERNANDEZ ("Defendant") hereby answers Plaintiff's

First Amended Complaint for Damages in the above-entitled action:

/ / /

/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**JURISDICTION**

1.     In answer to Paragraph 1, Defendant admits that this court has jurisdiction over this matter, and that Plaintiff's complaint seeks money damages in this action, under 42 U.S.C. § 1983, for alleged violations of the First, Fourth, and Fourteenth Amendments to the United States Constitution, and California state law.

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

2.     In answer to Paragraph 2, answering Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the allegations as alleged therein, and on that basis, denies each and every allegation in paragraph 2.

3.     In answer to Paragraph 3, answering Defendant admits that the named individual defendants in their respective roles as deputies, sergeants, captain and commander assigned to Norwalk station were at all times alleged employees of the County of Los Angeles and the Los Angeles County Sheriff's Department. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unnamed DOE defendants, and on that basis Defendant denies each and every allegation against the DOE defendants contained therein.

4.     In answer to Paragraph 4, answering Defendant admits based on information and belief, that defendant County of Los Angeles is a County and public entity existing within the State of California and that the Los Angeles Sheriff's Department is department within the County.  Further, the remaining allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.

5.     In answer to Paragraph 5,  answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations as alleged in said paragraph with respect to the unnamed DOE defendants, and on that basis denies each and every allegation against the DOE defendants contained therein.  Further, the remaining allegations as alleged therein are vague, ambiguous,

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1  compound, overbroad and contain legal conclusions and argument as to which no

2  response is required.

3      6.    In answer to Paragraph 6, answering Defendant, based on information

4  and belief, denies the allegations as alleged therein. Further, the remaining

5  allegations as alleged therein are vague, ambiguous, compound, overbroad and

6  contain legal conclusions and argument as to which no response is required.

7      7.    In answer to Paragraph 7, answering Defendant lacks sufficient

8  knowledge or information to form a belief as to the truth of the allegations as

9  alleged therein and on that basis denies such allegations. Further, the allegations as

10  alleged therein are vague, ambiguous, compound, overbroad and contain legal

11  conclusions and argument as to which no response is required. Defendant is also

12  without sufficient knowledge or information to form a belief as to the truth of the

13  allegations contained in said paragraph with respect to the unnamed DOE

14  defendants, and on that basis denies each and every allegation against the DOE

15  defendants contained therein.

16      8.    In answer to Paragraph 8, answering Defendant lacks sufficient

17  knowledge or information to form a belief as to the truth of the allegations as

18  alleged therein and on that basis denies such allegations.  Further, the allegations as

19  alleged therein are vague, ambiguous, compound, overbroad and contain legal

20  conclusions and argument as to which no response is required.  Defendant is also

21  without sufficient knowledge or information to form a belief as to the truth of the

22  allegations contained in said paragraph with respect to the unnamed DOE

23  defendants, and on that basis denies each and every allegation against the DOE

24  defendants contained therein.

25      9.    In answer to Paragraph 9, answering Defendant lacks sufficient

26  knowledge or information to form a belief concerning the truth of the allegations

27  alleged therein and on that basis denies such allegations.

28

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

10.    In answer to Paragraph 10, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations.  Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unnamed DOE defendants, and on that basis denies each and every allegation against the DOE defendants contained therein.

11.    In answer to Paragraph 11,  answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations.  Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.

12.    In answer to Paragraph 12,  answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations.  Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.

13.    In answer to Paragraph 13,  answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations.  Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.

/ / /

/ / /

/ / /

/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

**FIRST CAUSE OF ACTION**

**Violation of Constitutional Rights – Unreasonable Searches & Seizures, False Imprisonment, Malicious Prosecution, Due Process Deprivations and Conspiracy – 42 U.S.C. § 1983**

**(Plaintiff Against All Individual Defendants)**

14.     In answer to Paragraph 14, answering Defendant admits that Plaintiff is re-pleading his prior allegations and Defendant answers said allegations to the extent previously answered.

15.     In answer to Paragraph 15, answering Defendant admits that Plaintiff's complaint seeks money damages in this action, under 42 U.S.C. § 1983, for alleged violations of the First, Fourth, and Fourteenth Amendments to the United States Constitution, and California state law.

16.     In answer to Paragraph 16,  answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations.  Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unnamed DOE defendants, and on that basis denies each and every allegation against the DOE defendants contained therein.

17.     In answer to Paragraph 17, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations.  Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations incorporated in said paragraph with respect to the unnamed DOE

1  defendants, and on that basis denies each and every allegation against the DOE

2  defendants contained therein.

3     18.     In answer to Paragraph 18, answering Defendant lacks sufficient

4  knowledge or information to form a belief as to the truth of the allegations as

5  alleged therein and on that basis denies such allegations. Further, the allegations as

6  alleged therein are vague, ambiguous, compound, overbroad and contain legal

7  conclusions and argument as to which no response is required. Defendant is also

8  without sufficient knowledge or information to form a belief as to the truth of the

9  allegations incorporated in said paragraph with respect to the unnamed DOE

10  defendants, and on that basis denies each and every allegation against the DOE

11  defendants contained therein.

12     19.     In answer to Paragraph 19, answering Defendant lacks sufficient

13  knowledge or information to form a belief as to the truth of the allegations as

14  alleged therein and on that basis denies such allegations. Further, the allegations as

15  alleged therein are vague, ambiguous, compound, overbroad and contain legal

16  conclusions and argument as to which no response is required. Defendant is also

17  without sufficient knowledge or information to form a belief as to the truth of the

18  allegations incorporated in said paragraph with respect to the unnamed DOE

19  defendants, and on that basis denies each and every allegation against the DOE

20  defendants contained therein.

21     20.     In answer to Paragraph 20, answering Defendant lacks sufficient

22  knowledge or information to form a belief as to the truth of the allegations as

23  alleged therein and on that basis denies such allegations. Further, the allegations as

24  alleged therein are vague, ambiguous, compound, overbroad and contain legal

25  conclusions and argument as to which no response is required. Defendant is also

26  without sufficient knowledge or information to form a belief as to the truth of the

27  allegations incorporated in said paragraph with respect to the unnamed DOE

28

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  defendants, and on that basis denies each and every allegation against the DOE

2  defendants contained therein.

3      21.    In answer to Paragraph 21, answering Defendant lacks sufficient

4  knowledge or information to form a belief as to the truth of the allegations as

5  alleged therein and on that basis denies such allegations. Further, the allegations as

6  alleged therein are vague, ambiguous, compound, overbroad and contain legal

7  conclusions and argument as to which no response is required.  Defendant is also

8  without sufficient knowledge or information to form a belief as to the truth of the

9  allegations incorporated in said paragraph with respect to the unnamed DOE

10 defendants, and on that basis denies each and every allegation against the DOE

11 defendants contained therein.

12     22.    In answer to Paragraph 22, answering Defendant lacks sufficient

13 knowledge or information to form a belief as to the truth of the allegations as

14 alleged therein and on that basis denies such allegations. Further, the allegations as

15 alleged therein are vague, ambiguous, compound, overbroad and contain legal

16 conclusions and argument as to which no response is required.  Defendant is also

17 without sufficient knowledge or information to form a belief as to the truth of the

18 allegations incorporated in said paragraph with respect to the unnamed DOE

19 defendants, and on that basis denies each and every allegation against the DOE

20 defendants contained therein.

## SECOND CAUSE OF ACTION

### Unlawful Custom and Practice under Section 1983

### (By Plaintiff Against Defendant County)

23     23.    Answering Defendant acknowledges and confirms that Plaintiff's

24 Second Cause of Action is not pleaded and alleged against this answering

25 Defendant.  As to the allegations in Paragraph 23, answering Defendant admits that

26 Plaintiff is re-pleading his prior allegations and Defendant answers said allegations

27 to the extent previously answered.

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

24.    Answering Defendant acknowledges and confirms that Plaintiff's Second Cause of Action is not pleaded and alleged against this answering Defendant.  As to the allegations in Paragraph 24, Defendant admits based on information and belief that Defendant County is a county and public entity existing within the state of California. Except as expressly admitted herein, Defendant denies each and every allegation as alleged therein.

25.    Answering Defendant acknowledges and confirms that Plaintiff's Second Cause of Action is not pleaded and alleged against this answering Defendant.  As to the allegations in Paragraph 25, Defendant admits based on information and belief that the named individual Defendants at all times alleged were employees of the County of Los Angeles and the Los Angeles County Sheriff's Department.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations incorporated in said paragraph with respect to the unnamed DOE defendants, and on that basis denies each and every allegation against the DOE defendants contained therein.

26.    Answering Defendant acknowledges and confirms that Plaintiff's Second Cause of Action is not pleaded and alleged against this answering Defendant.  As to the allegations in Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations incorporated in said paragraph with respect to the unnamed DOE

1  defendants, and on that basis denies each and every allegation against the DOE

2  defendants contained therein.

3      27.     Answering Defendant acknowledges and confirms that Plaintiff's

4  Second Cause of Action is not pleaded and alleged against this answering

5  Defendant.  As to the allegations in Paragraph 27, Defendant lacks sufficient

6  knowledge or information to form a belief as to the truth of the allegations as

7  alleged therein and on that basis denies such allegations. Further, the allegations as

8  alleged therein are vague, ambiguous, compound, overbroad and contain legal

9  conclusions and argument as to which no response is required.  Defendant is also

10 without sufficient knowledge or information to form a belief as to the truth of the

11 allegations contained in said paragraph with respect to the unnamed DOE

12 defendants, and on that basis denies each and every allegation against the DOE

13 defendants contained therein.

14     28.     Answering Defendant acknowledges and confirms that Plaintiff's

15 Second Cause of Action is not pleaded and alleged against this answering

16 Defendant.  As to the allegations in Paragraph 28, Defendant lacks sufficient

17 knowledge or information to form a belief as to the truth of the allegations as

18 alleged therein and on that basis denies such allegations. Further, the allegations as

19 alleged therein are vague, ambiguous, compound, overbroad and contain legal

20 conclusions and argument as to which no response is required.  Defendant is also

21 without sufficient knowledge or information to form a belief as to the truth of the

22 allegations contained in said paragraph with respect to the unnamed DOE

23 defendants, and on that basis denies each and every allegation against the DOE

24 defendants contained therein.

25 / / /

26 / / /

27 / / /

28 / / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

9

**THIRD CAUSE OF ACTION**

**Failure to Train and Supervise**

**(By Plaintiff Against Defendants FLETCHER, MUNOZ, SPINKS, JOHNSON, CASTELLANO, and DOES 7-10 in Their Respective Capacities)**

29.    Answering Defendant acknowledges and confirms that Plaintiff's Third Cause of Action is not pleaded and alleged against this answering Defendant.  As to the allegations in Paragraph 29, answering Defendant admits that Plaintiff is re-pleading his prior allegations and Defendant answers said allegations to the extent previously answered.

30.    Answering Defendant acknowledges and confirms that Plaintiff's Third Cause of Action is not pleaded and alleged against this answering Defendant.  As to the allegations in Paragraph 30, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unnamed DOE defendants, and on that basis denies each and every allegation against the DOE defendants contained therein.

31.    Answering Defendant acknowledges and confirms that Plaintiff's Third Cause of Action is not pleaded and alleged against this answering DefendantAs to the allegations in Paragraph 31, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations incorporated in said paragraph with respect to the unnamed DOE defendants, and on

1  that basis denies each and every allegation against the DOE defendants contained

2  therein.

3    32.    Answering Defendant acknowledges and confirms that Plaintiff's Third

4  Cause of Action is not pleaded and alleged against this answering Defendant.  As to

5  the allegations in Paragraph 32, answering Defendant lacks sufficient knowledge or

6  information to form a belief as to the truth of the allegations as alleged therein and

7  on that basis denies such allegations. Further, the allegations as alleged therein are

8  vague, ambiguous, compound, overbroad and contain legal conclusions and

9  argument as to which no response is required.  Defendant is also without sufficient

10  knowledge or information to form a belief as to the truth of the allegations

11  incorporated in said paragraph with respect to the unnamed DOE defendants, and on

12  that basis denies each and every allegation against the DOE defendants contained

13  therein.

14    33.    Answering Defendant acknowledges and confirms that Plaintiff's Third

15  Cause of Action is not pleaded and alleged against this answering Defendant.  As to

16  the allegations in Paragraph 33, answering Defendant lacks sufficient knowledge or

17  information to form a belief as to the truth of the allegations as alleged therein and

18  on that basis denies such allegations. Further, the allegations as alleged therein are

19  vague, ambiguous, compound, overbroad and contain legal conclusions and

20  argument as to which no response is required.  Defendant is also without sufficient

21  knowledge or information to form a belief as to the truth of the allegations contained

22  in said paragraph with respect to the unnamed DOE defendants, and on that basis

23  denies each and every allegation against the DOE defendants contained therein.

24    34.    Answering Defendant acknowledges and confirms that Plaintiff's Third

25  Cause of Action is not pleaded and alleged against this answering DefendantAs to

26  the allegations in Paragraph 34, answering Defendant lacks sufficient knowledge or

27  information to form a belief as to the truth of the allegations as alleged therein and

28  on that basis denies such allegations. Further, the allegations as alleged therein are

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

vague, ambiguous, compound, overbroad and contain legal conclusions and

argument as to which no response is required.  Defendant is also without sufficient

knowledge or information to form a belief as to the truth of the allegations contained

in said paragraph with respect to the unnamed DOE defendants, and on that basis

denies each and every allegation against the DOE defendants contained therein.

## FOURTH CAUSE OF ACTION

### ASSAULT AND BATTERY

### (By Plaintiff Against Defendants County, BENZA)

35.    Answering Defendant acknowledges and confirms that Plaintiff's
Fourth Cause of Action is not pleaded and alleged against this answering Defendant.
As to the allegations in Paragraph 35, answering Defendant admits that Plaintiff is
re-pleading his prior allegations and Defendant answers said allegations to the
extent previously answered.

36.    Answering Defendant acknowledges and confirms that Plaintiff's
Fourth Cause of Action is not pleaded and alleged against this answering Defendant.
As to the allegations in Paragraph 36, answering Defendant admits based on
information and belief that a claim was filed and was rejected.  As to the remaining
allegations, answering Defendant lacks sufficient knowledge or information to form
a belief as to the truth of the allegations as alleged therein and on that basis denies
such allegations.

37.    Answering Defendant acknowledges and confirms that Plaintiff's
Fourth Cause of Action is not pleaded and alleged against this answering Defendant.
As to the allegations in Paragraph 37, answering Defendant lacks sufficient
knowledge or information to form a belief as to the truth of the allegations as
alleged therein and on that basis denies such allegations. Further, the allegations as
alleged therein are vague, ambiguous, compound, overbroad and contain legal
conclusions and argument as to which no response is required.

38.    Answering Defendant acknowledges and confirms that Plaintiff's Fourth Cause of Action is not pleaded and alleged against this answering Defendant. As to the allegations in Paragraph 38, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.

39.    Answering Defendant acknowledges and confirms that Plaintiff's Fourth Cause of Action is not pleaded and alleged against this answering Defendant. As to the allegations in Paragraph 39, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unnamed DOE defendants, and on that basis denies each and every allegation against the DOE defendants contained therein.

## FIFTH CAUSE OF ACTION

### FALSE IMPRISONMENT/ARREST

**(By Plaintiff Against Defendants COUNTY, BENZA, FLETCHER, MUNOZ, SPINKS, and DOES 1-3)**

40.    Answering Defendant acknowledges and confirms based on information and belief that Plaintiff's Fifth Cause of Action is not pleaded and alleged against this answering Defendant.  As to the allegations in Paragraph 40, answering Defendant admits that Plaintiff is re-pleading his prior allegations and Defendant answers said allegations to the extent previously answered.

13

41.     Answering Defendant acknowledges and confirms based on information and belief that Plaintiff's Fifth Cause of Action is not pleaded and alleged against this answering Defendant.  As to the allegations in Paragraph 41, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph with respect to the unnamed DOE defendants, and on that basis denies each and every allegation against the DOE defendants contained therein.

42.     Answering Defendant acknowledges and confirms based on information and belief that Plaintiff's Fifth Cause of Action is not pleaded and alleged against this answering Defendant.  As to the allegations in Paragraph 42, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations incorporated in said paragraph with respect to the unnamed DOE defendants, and on that basis denies each and every allegation against the DOE defendants contained therein.

43.     Answering Defendant acknowledges and confirms based on information and belief that Plaintiff's Fifth Cause of Action is not pleaded and alleged against this answering Defendant.  As to the allegations in Paragraph 43, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous,

compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations incorporated in said paragraph with respect to the unnamed DOE defendants, and on that basis denies each and every allegation against the DOE defendants contained therein.

## SIXTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

### (By Plaintiff Against All Defendants)

44.     In answer to Paragraph 44, answering Defendant admits that Plaintiff is re-pleading his prior allegations and Defendant answers said allegations to the extent previously answered.

45.     In answer to Paragraph 45, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations incorporated in said paragraph with respect to the unnamed DOE defendants, and on that basis denies each and every allegation against the DOE defendants contained therein.

46.     In answer to Paragraph 46, answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations as alleged therein and on that basis denies such allegations. Further, the allegations as alleged therein are vague, ambiguous, compound, overbroad and contain legal conclusions and argument as to which no response is required.  Defendant is also without sufficient knowledge or information to form a belief as to the truth of the allegations incorporated in said paragraph with respect to the unnamed DOE

1  defendants, and on that basis denies each and every allegation against the DOE
2  defendants contained therein.

3      47.    In answer to Paragraph 47, answering Defendant lacks sufficient
4  knowledge or information to form a belief as to the truth of the allegations as
5  alleged therein and on that basis denies such allegations. Further, the allegations as
6  alleged therein are vague, ambiguous, compound, overbroad and contain legal
7  conclusions and argument as to which no response is required.  Defendant is also
8  without sufficient knowledge or information to form a belief as to the truth of the
9  allegations incorporated in said paragraph with respect to the unnamed DOE
10 defendants, and on that basis denies each and every allegation against the DOE
11 defendants contained therein.

12     48.    In answer to Paragraph 48,  answering Defendant lacks sufficient
13 knowledge or information to form a belief as to the truth of the allegations as
14 alleged therein and on that basis denies such allegations. Further, the allegations as
15 alleged therein are vague, ambiguous, compound, overbroad and contain legal
16 conclusions and argument as to which no response is required.  Defendant is also
17 without sufficient knowledge or information to form a belief as to the truth of the
18 allegations incorporated in said paragraph with respect to the unnamed DOE
19 defendants, and on that basis denies each and every allegation against the DOE
20 defendants contained therein.

21              **SEVENTH CAUSE OF ACTION**
22          **VIOLATIONS OF CALIFORNIA CIVIL RIGHTS ACT**
23              **(By Plaintiff Against All Defendants)**

24     49.    In answer to Paragraph 49, answering Defendant admits that Plaintiff is
25 re-pleading his prior allegations and Defendant answers said allegations to the
26 extent previously answered.

27     50.    In answer to Paragraph 50, answering Defendant lacks sufficient
28 knowledge or information to form a belief as to the truth of the allegations as

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1    alleged therein and on that basis denies such allegations. Further, the allegations as

2    alleged therein are vague, ambiguous, compound, overbroad and contain legal

3    conclusions and argument as to which no response is required.  Defendant is also

4    without sufficient knowledge or information to form a belief as to the truth of the

5    allegations incorporated in said paragraph with respect to the unnamed DOE

6    defendants, and on that basis denies each and every allegation against the DOE

7    defendants contained therein.

8        51.    In answer to Paragraph 51,  answering Defendant lacks sufficient

9    knowledge or information to form a belief as to the truth of the allegations as

10    alleged therein and on that basis denies such allegations. Further, the allegations as

11    alleged therein are vague, ambiguous, compound, overbroad and contain legal

12    conclusions and argument as to which no response is required.  Defendant is also

13    without sufficient knowledge or information to form a belief as to the truth of the

14    allegations incorporated in said paragraph with respect to the unnamed DOE

15    defendants, and on that basis denies each and every allegation against the DOE

16    defendants contained therein.

17                    **EIGHTH CAUSE OF ACTION**

18                         **NEGLIGENCE**

19                    **(Against all Defendants)**

20        52.    In answer to Paragraph 52, answering Defendant admits that Plaintiff is

21    re-pleading his prior allegations and Defendant answers said allegations to the

22    extent previously answered.

23        53.    In answer to Paragraph 53, answering Defendant lacks sufficient

24    knowledge or information to form a belief as to the truth of the allegations as

25    alleged therein and on that basis denies such allegations. Further, the allegations as

26    alleged therein are vague, ambiguous, compound, overbroad and contain legal

27    conclusions and argument as to which no response is required.  Defendant is also

28    without sufficient knowledge or information to form a belief as to the truth of the

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

17

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

1 allegations incorporated in said paragraph with respect to the unnamed DOE
2 defendants, and on that basis denies each and every allegation against the DOE
3 defendants contained therein.

4       54.    In answer to Paragraph 54, answering Defendant lacks sufficient
5 knowledge or information to form a belief as to the truth of the allegations as
6 alleged therein and on that basis denies such allegations. Further, the allegations as
7 alleged therein are vague, ambiguous, compound, overbroad and contain legal
8 conclusions and argument as to which no response is required.  Defendant is also
9 without sufficient knowledge or information to form a belief as to the truth of the
10 allegations incorporated in said paragraph with respect to the unnamed DOE
11 defendants, and on that basis denies each and every allegation against the DOE
12 defendants contained therein.

13       55.    In answer to Paragraph 55, answering Defendant lacks sufficient
14 knowledge or information to form a belief as to the truth of the allegations as
15 alleged therein and on that basis denies such allegations. Further, the allegations as
16 alleged therein are vague, ambiguous, compound, overbroad and contain legal
17 conclusions and argument as to which no response is required.  Defendant is also
18 without sufficient knowledge or information to form a belief as to the truth of the
19 allegations incorporated in said paragraph with respect to the unnamed DOE
20 defendants, and on that basis denies each and every allegation against the DOE
21 defendants contained therein.

22       56.    In answer to Paragraph 56, answering Defendant lacks sufficient
23 knowledge or information to form a belief as to the truth of the allegations as
24 alleged therein and on that basis denies such allegations. Further, the allegations as
25 alleged therein are vague, ambiguous, compound, overbroad and contain legal
26 conclusions and argument as to which no response is required.  Defendant is also
27 without sufficient knowledge or information to form a belief as to the truth of the
28 allegations incorporated in said paragraph with respect to the unnamed DOE

1  defendants, and on that basis denies each and every allegation against the DOE
2  defendants contained therein.

3      57.    In answer to Paragraph 57, answering Defendant lacks sufficient
4  knowledge or information to form a belief as to the truth of the allegations as
5  alleged therein and on that basis denies such allegations. Further, the allegations as
6  alleged therein are vague, ambiguous, compound, overbroad and contain legal
7  conclusions and argument as to which no response is required.  Defendant is also
8  without sufficient knowledge or information to form a belief as to the truth of the
9  allegations incorporated in said paragraph with respect to the unnamed DOE
10  defendants, and on that basis denies each and every allegation against the DOE
11  defendants contained therein.

### PLAINTIFF'S PRAYER FOR RELIEF

13      In answer to Plaintiff's Prayer for Relief, Paragraphs 1-6 (p.23, lines 14-21),
14  Defendant denies generally and specifically each and every allegation alleged therein
15  as it refers to answering Defendant, and further denies that Plaintiff is entitled to an
16  award of damages, including punitive damages, equitable relief, or any other relief as
17  a result of any act or omission by these answering Defendants.

### AFFIRMATIVE DEFENSES

19      Defendant asserts and pleads the following separate defenses.  Defendant
20  reserves the right to assert additional affirmative defenses that discovery indicates
21  are proper.

### FIRST AFFIRMATIVE DEFENSE

23      1.    As a separate and distinct affirmative defense, answering Defendant
24  alleges on information and belief plaintiff's Complaint fails to state facts sufficient to
25  constitute a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

27      2.    As a separate and distinct affirmative defense, answering Defendant
28  alleges on information and belief plaintiff's Complaint, and each claim contained

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

therein, is barred on the ground that answering defendant was not the cause of any alleged damage, injury, or loss to plaintiff, if any.

### THIRD AFFIRMATIVE DEFENSE

3.     As a separate and distinct affirmative defense, answering Defendant alleges on information and belief plaintiff's Complaint, and each claim contained therein, is barred pursuant to the equitable doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE

4.     As a separate and distinct affirmative defense, answering Defendant alleges on information and belief plaintiff's Complaint, and each claim contained therein, is barred pursuant to the doctrine of unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

5.     As a separate and distinct affirmative defense, answering Defendant alleges on information and belief plaintiff is estopped by his own acts or omissions from recovery against answering defendant for the claims asserted in the Complaint.

### SIXTH AFFIRMATIVE DEFENSE

6.     As a separate and distinct affirmative defense, answering Defendant alleges on information and belief any injury to plaintiff was due to and caused by the negligence and omissions of plaintiff to care for himself, which carelessness and negligence and omissions were the proximate cause of the damage, if any, to plaintiff.

### SEVENTH AFFIRMATIVE DEFENSE

7.     As a separate and distinct affirmative defense, answering Defendant alleges on information and belief plaintiff's alleged damages, if any, contained in the Complaint, were caused by persons and/or entities other than answering defendants, who failed to exercise ordinary care, caution, prudence, and were negligent, or acted wrongfully in their dealing with plaintiff, and that at all times, said persons or entities were acting without consent, authorization, knowledge, and/or ratification of these answering defendants.  Accordingly, any recovery against answering defendants by plaintiff, if any, must be precluded and/or reduced in a proportionate amount to the

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

fault on the part of such other person(s) and/or entities.

## EIGHTH AFFIRMATIVE DEFENSE

8.      As a separate and distinct affirmative defense, answering Defendant alleges on information and belief that to the extent plaintiff suffered any detriment, such detriment was caused or contributed to by plaintiff's negligence, and damages, if any, should be reduced in direct proportion to his fault.

## NINTH AFFIRMATIVE DEFENSE

9.      As a separate and distinct affirmative defense, answering Defendant alleges on information and belief the conduct, if any, which is the subject of plaintiff's Complaint, was absolutely and/or conditionally legally privileged, and/or justified. Further all actions by answering defendant were in good faith and reasonable.

## TENTH AFFIRMATIVE DEFENSE

10.      As a separate and distinct affirmative defense, answering Defendant alleges on information and belief that they are not liable for alleged violation by non-policy makers of civil or constitutional rights.

## ELEVENTH AFFIRMATIVE DEFENSE

11.      As a separate and distinct affirmative defense, answering Defendant alleges on information and belief plaintiff's claims against Defendant is barred, as answering peace officer defendant have qualified immunity from the allegations set forth in plaintiff's Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

12.      As a separate and distinct affirmative defense, answering Defendant alleges on information and belief that on or about the time, date, and place alleged in plaintiff's Complaint, the conduct of plaintiff and/or third persons was of such nature as to constitute an independent, intervening, and superseding cause, which was the sole proximate cause of the injuries and damages allegedly suffered by plaintiff.

/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

21

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

## THIRTEENTH AFFIRMATIVE DEFENSE

13.     As a separate and distinct affirmative defense, answering Defendant alleges on information and belief all the claims set forth in plaintiff's Complaint are barred because plaintiff failed to take reasonable steps to mitigate his damages.

## FOURTEENTH AFFIRMATIVE DEFENSE

14.     As a separate and distinct affirmative defense, answering Defendant alleges on information and belief plaintiff has failed to comply with the California Tort Claims Act with respect to plaintiff's claims alleged against this answering Defendant.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.     As a separate and distinct affirmative defense, answering Defendant alleges the Complaint, and each claim contained therein, is barred by the doctrines of collateral estoppel and *res judicata*.

## SIXTEENTH AFFIRMATIVE DEFENSE

16.     As a separate and distinct affirmative defense, answering Defendant alleges plaintiff's action is barred by the failure of plaintiff to join, in a timely fashion, indispensable and/or necessary parties to this action.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.     As a separate and distinct affirmative defense, answering Defendant alleges the actions of answering defendant in all respects were reasonable, proper, and legal.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.     As a separate and distinct affirmative defense, answering Defendant alleges answering Defendant's conduct did not cause the constitutional violations alleged in plaintiff's Complaint.

## NINETEENTH AFFIRMATIVE DEFENSE

19.     As a separate and distinct affirmative defense, answering Defendant alleges this answering Defendant's conduct did not violate an interest cognizable

under 42 U.S.C. § 1983.

## TWENTIETH AFFIRMATIVE DEFENSE

20.    As a separate and distinct affirmative defense, answering Defendant alleges plaintiff's claims are barred by the doctrine of offset.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21.    As a separate and distinct affirmative defense, answering Defendant alleges plaintiff's claims are barred by the doctrine of release.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

22.    As a separate and distinct affirmative defense, answering Defendant alleges plaintiff does not have standing to sue.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

23.    As a separate and distinct affirmative defense, answering Defendant alleges that the damages, if any, assessed against this answering Defendant should be in direct proportion to the fault of answering defendant, if any, as provided by California *Civil Code* §§ 1431 and 1431.5.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.    As a separate and distinct affirmative defense, answering Defendant alleges answering Defendant is immune from liability under the provisions California Statutes, including, but not limited to the following:  California *Government Code* §§ 815, 818, 818.2, 818.8, 820, 820.2, 821.6, 821.8, 820.4, 820.6, 820.8, 821, 821.2, 821.6, 822.2, 844, 844.6, 845.2, 845.4, 845.6, 845.8, 850.8, 856.2, and 856.4.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

25.    As a separate and distinct affirmative defense, answering Defendant alleges that under California *Government Code* §§ 815(b), 815.4, and 820.2, a public entity and its employees, officers, and agents are not responsible for injury and damages resulting from the act or omission that was a result of an exercise of discretion vested in such officer, employee, or agent.

/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

26.    As a separate and distinct affirmative defense, Defendant asserts that the damages alleged by plaintiff are inflated in that the nature and extent of injuries and damages suffered by Plaintiffs as a result of the events described in their operative Complaint are excessive, unreasonable, and unnecessary.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

27.    As a separate and distinct affirmative defense, answering Defendant alleges plaintiff's claims are barred because the alleged violation of civil rights did not occur pursuant to an unconstitutional governmental policy, custom, practice, or procedure.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

28.    As a separate and distinct affirmative defense, answering Defendant alleges that, in the event that they prevail at trial, or by way of dispositive motion, they will be entitled to recovery of reasonable attorneys' fees and costs under California *Code of Civil Procedure* § 1038 and Title 42 U.S.C. § 1988.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

29.    As a separate and distinct affirmative defense, answering Defendant is shielded from liability for civil damages insofar as the conduct in this case did not violate any statutory or constitutional right of which a reasonable person would have known.

### THIRTIETH AFFIRMATIVE DEFENSE

30.    As a separate and distinct affirmative defense, answering Defendant asserts answering Defendant is not liable for damages imposed primarily for the sake of example and by way of punishing the Defendant.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

31.    As a separate and distinct affirmative defense, answering Defendant alleges answering Defendant is not liable in that the injuries and damages, if any, were the result of the exercise of the discretion vested in public officers and

24

employees.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

32.    As a separate and distinct affirmative defense, answering Defendant alleges answering Defendant is not liable pursuant to statute by operation of California *Government Code* § 818.2 for the adoption or failure to adopt or enforce any law.

## ADDITIONAL AFFIRMATIVE DEFENSES

Answering defendant asserts other affirmative defenses may exist as to plaintiff's Complaint and answering defendant does not waive but reserves the right to subsequent defenses.

WHEREFORE, Defendant prays that:

1.    Plaintiff take nothing by reason of his Complaint;

2.    Plaintiff's Complaint be dismissed with prejudice;

3.    Defendant recover his costs of suit; and

4.    Defendant be awarded such further relief as the Court deems just and proper.

DATED:  January 17, 2025          HURRELL CANTRALL LLP

By: _____
THOMAS C. HURRELL
JOSEPH K. MILLER
JERAD J. MILLER
Attorneys for Defendants, COUNTY OF
LOS ANGELES, DEPUTY JOSEPH
BENZA III, CAPTAIN CHRISTOPHER
L. JOHNSON, SGT. THOMAS SPINKS,
SGT. RAYMOND MUNOZ, SGT.
JEREMIAH FLETCHER, ALLEN
CASTELLANO and CECILIA
HERNANDEZ

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000

25

## **DEMAND FOR JURY TRIAL**

Defendant CECILIA HERNANDEZ hereby respectfully demands a trial by jury in the above-entitled action.  This demand is made to all claims, matters, and issues to which it may legally be entitled to demand a jury.

DATED:  January 17, 2025          HURRELL CANTRALL LLP

By: _____
THOMAS C. HURRELL
JOSEPH K. MILLER
JERAD J. MILLER
Attorneys for Defendants, COUNTY OF LOS ANGELES, DEPUTY JOSEPH BENZA III, CAPTAIN CHRISTOPHER L. JOHNSON, SGT. THOMAS SPINKS, SGT. RAYMOND MUNOZ, SGT. JEREMIAH FLETCHER, COMMANDER ALLEN CASTELLANO and CECILIA HERNANDEZ

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000