Thomas E. Beck, Esq.
THE BECK LAW FIRM
P.O. BOX 101
Los Alamitos, CA 90720
Tel: (562) 795-5835
Emial: thebecklawfirm@gmail.com

Attorneys for Plaintiff, EMMETT BROCK

Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Joseph K. Miller, State Bar No. 245685
E-Mail: jmiller@hurrellcantrall.com
Jerad J. Miller, State Bar No. 334001
E-Mail: jjmiller@hurrellcantrall.com
HURRELL CANTRALL LLP
800 West 6th Street, Suite 700
Los Angeles, CA 90017-2710
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, DEPUTY JOSEPH BENZA III, CAPTAIN CHRISTOPHER L. JOHNSON, SGT. THOMAS SPINKS, SGT. RAYMOND MUNOZ, SGT. JEREMIAH FLETCHER, COMMANDER ALLEN CASTELLANO, and CECILIA HERNANDEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EMMETT BROCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, DEPUTY JOSEPH BENZA III, #616179, CAPTAIN CHRISTOPHER L. JOHNSON, #436139, SGT. THOMAS SPINKS #489744, SGT. RAYMOND MUNOZ #437471, SGT. JEREMIAH FLETCHER #522760, COMMANDER ALLEN CASTELLANO #431968, CECILIA HERNANDEZ #551350, DOES 2-10,<br><br>　　　　Defendants. | Case No. 8:24-cv-00565-JWH (DFMx)<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION TO STAY ACTION PENDING FINAL APPROVAL OF SETTLEMENT**<br><br>[Assigned to Hon. John W. Holcomb, Courtroom 9D]<br><br>Trial Date:　　　　10/06/25 |

**NOTICE OF CONDITIONAL SETTLEMENT**

Plaintiff EMMETT BROCK hereby provides the Court with this Notice of Conditional Settlement of the entire action as to all Defendants.

**STIPULATION TO STAY ACTION PENDING FINAL APPROVAL OF SETTLEMENT**

Pursuant to Local Rule 7-1, through their respective counsel of record, Plaintiff and Defendants ("Parties") jointly stipulate and respectfully request as follows:

WHEREAS, Plaintiff commenced this action on or about March 19, 2024.

WHEREAS, Defendants were served on or about May 23, 2024.

WHEREAS, the Parties have reached a conditional settlement for the settlement and dismissal of the entire action as to all Defendants.

WHEREAS, the Settlement Agreement is subject to final approval by the Los Angeles County Claims Board and Los Angeles County Board of Supervisors.

WHEREAS, the approval process is expected to be completed on or before December 1, 2025.

WHEREAS, a portion of the settlement funds are to be distributed via a structured settlement.

WHEREAS, to preserve the Parties' and the Court's resources in light of the conditional settlement, the Parties have agreed that the Action should be stayed and upcoming dates should be taken off-calendar.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The Action is hereby stayed until further order of the Court.

2. The following upcoming scheduled dates are hereby taken off-calendar:
   a. October 6, 2025 Jury Trial;
   b. September 19, 2025 Final Pretrial Conference; and

      c. September 12, 2025 Hearing on Motions in Limine.

      3. The Parties shall file with the Court a joint Status Report re Settlement on December 1, 2025 by 5:00 p.m. Pacific if they have not filed a stipulation for dismissal of the Action before that time.

      Respectfully submitted,

DATED: September 9, 2025      THE BECK LAW FIRM

By: _____
THOMAS BECK
Attorneys for Plaintiff, EMMETT BROCK

DATED: September 9, 2025      HURRELL CANTRALL LLP

By: _____
THOMAS C. HURRELL
JOSEPH K. MILLER
JERAD J. MILLER
Attorneys for Defendants, COUNTY OF LOS ANGELES, et al.